District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DINORA ELIZABETH VASQUEZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1345-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 90 days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on her and her derivative spouse's Form I-918s, Applications for U Nonimmigrant Status, and Form I-765s, Applications for Employment Authorization. For good cause, the parties request that the Court hold this case in abeyance until January 29, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION        - 1
(23-cv-1345-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. On October 23, 2023, USCIS issued a Request for Evidence ("RFE") to Plaintiff. She has until January 18, 2024 to respond to the RFE. Once USCIS receives this response, the agency can continue processing the applications. Accordingly, the parties respectfully request that the instant action be stayed until January 29, 2024. The parties will submit a joint status report on or before January 29, 2024. The parties further request that this Court vacate its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 6.

Dated: October 25, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 274 words, in compliance with the Local Civil Rules.***

s/Katherine H. Rich
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION         - 2
 (23-cv-1345-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until January 29, 2024.  The parties shall submit a joint status report on or before January 29, 2024.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement is vacated and stricken.  Dkt. No. 6.  It is so **ORDERED**.

DATED this 26th day of October, 2023.

_____
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION         - 3
(23-cv-1345-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970