UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DINORA ELIZABETH VASQUEZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1345-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings an additional 60 days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on her Form I-918s, Applications for U Nonimmigrant Status, and Form I-765s, Applications for Employment Authorization, as well as her derivative spouse's and child's applications. For good cause, the parties request that the Court continue to hold this case in abeyance until March 29, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION        - 1
23-cv-1345-RSL

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has adjudicated Plaintiff's Form I-918. USCIS anticipates adjudicating Plaintiff's Form I-765 and her derivative spouse's Form I-918 by January 29, 2024. At that time, Plaintiff's applications will be fully adjudicated. However, USCIS needs additional time to adjudicate the derivatives' applications. Accordingly, the parties respectfully request that the instant action be stayed until March 29, 2024. The parties will submit a joint status report on or before March 29, 2024.

Dated: January 23, 2024                                            Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 263 words, in compliance with the Local Civil Rules.***

*s/Katherine H. Rich*
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION            - 2
23-cv-1345-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until March 29, 2024.  The parties shall submit a joint status report on or before March 29, 2024.  It is so **ORDERED**.

Dated this 24th day of January, 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STPULATED MOTION   - 3
23-cv-1345-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970